UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OSCAR SALCEDO, | Case No. CV 15-4123-DMG(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| MARTIN BITER, Warden, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

DATED: July 8, 2015

_____
DOLLY M. GEE
United States District Judge